| | | |
|---|---|---|
| LORENZO LEARY,<br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security,*<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>Case No. 2:23-CV-29-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Defendant's Consent Motion to Remand, DE-18.

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Consent Motion to Remand, reverses the Commissioner's decision under sentence four of 42 U.S.C § 405(g) and remands the case to the Commissioner for further administrative proceedings.

This judgment filed and entered on **September 28, 2023,** with electronic service upon:

**Bryan Konoski,** *Counsel for Plaintiff*
**Cathleen McNulty,** *Counsel for Defendant*
**Wanda Mason,** *Counsel for the Defendant\*
**Samantha Zeiler***, Counsel for the Defendant*

              **PETER A. MOORE, JR.,**
              CLERK, U.S. DISTRICT COURT

DATE: September 28,2023      /s/ *Shelia Foell*
                (By): Shelia Foell, Deputy Clerk of Court