UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-00029-KS

LORENZO LEARY,  )
)
        Plaintiff,  )
)
v.  )
)
FRANK BISIGNANO,  )
Commissioner of Social Security,  )
)
        Defendant.  )

ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is ORDERED that **Brian Konoski, Esquire,** is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $13,075.34 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $8,600.00 in fees previously awarded under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $4,475.34 due to counsel.

This 21st day of July 2025.

Kimberly A. Swank
United States Magistrate Judge