UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO LEARY,<br>       Plaintiff,<br><br>      v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>       Defendant. | **JUDGMENT**<br><br>Case No. 2:23-CV-29-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees [DE-26].

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay attorney fees to the Plaintiff in the amount of $4,475.34 pursuant to 42 U.S.C.§ 406(b).

This judgment filed and entered on July 21,2025, with *electronic service* upon:

**Bryan Konoski**
*Counsel for Plaintiff*

**Cassia Parson**
**Cathleen McNulty**
**Wanda Mason**
**Samantha Zeiler**
*Counsel for Defendant*

**PETER A. MOORE, JR.
CLERK, U.S. DISTRICT COURT**

DATE: July 21, 2025

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk